**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CHAPTER 13 PLAN**

Debtor(s):  **Carmen Torres**                                    Case No:  **6:14-bk-13832**

[____    Amended (if applicable)] Chapter 13 Plan

**CHECK ONE:**

     **X**     The Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

     ____     The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 8(e) below. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Plan payments include Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of  **60**  months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's *pro rata* under the plan:

B.     $ **1,421.54**              for months  **1**          through  **12**      ;
C.     $ **1,296.54**              for months  **13**         through  **60**      ;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE:** $  **3,700.00**    TOTAL PAID $  **2,200.00**

Balance Due $  **1,500.00**    Payable Through Plan $  **125.00**    Monthly

**3. PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

| Name of Creditor | Total Claim |
|---|---|
| -NONE- | |

**4. TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIMS:**

     Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

     **(A) Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments and Arrears, If Any, Paid Through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| Wells Fargo Home Mortgage | 1330 Aquacate Circle, Orlando, FL | $993.21 | |
| Southchase HOA | 1330 Aguacate Circle, Orlando, FL | | $5,720.00 |

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

1

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| Wells Fargo Home Mortgage | 1330 Aguacate Circle, Orlando | $993.21 |

**(C) Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimate Amount |
|---|---|---|
| -NONE- | | |

**(D) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

| Creditor | Collateral | Value | Payment | Interest @ _____ % |
|---|---|---|---|---|
| Wells Fargo Home | 1330 Aguacate Court, Orlando, FL. | 203,995.00 | $993.21 | 0% |

**(E) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

| Creditor | Collateral | Balance | Payment | Interest @ _____ % |
|---|---|---|---|---|
| Air Force Federal Credit Union | 2007 Scion tC | $8,941.00 | $208.00 | |
| South Chase Phase | 1330 Aguacate Court, Orlando, FL | $5,720.00 | $95.33 | |

**(F) Claims Secured by Personal Property / Regular Payments and Arrearages, if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| N/A | | 0.00 | 0.00 |

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay and any codebtor are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| None | |

**(H) Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan. As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan. Nothing herein is intended to abrogate the Debtor's state law contract rights.

| Name of Creditor | Property/Collateral |
|---|---|
| -NONE- | |

**(I) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| -NONE- | |

**6. LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| -NONE- | | | |

**7. GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order

2

Confirming Plan. The estimated dividend to unsecured creditors is $__**0.00**__.

**8. ADDITIONAL PROVISIONS:**

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

    (1) ____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) ____ shall vest in the Debtor upon confirmation of the Plan.

    *If the Debtor fails to check (1) or (2) above, or if the Debtor checks both (1) and (2), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d)  The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief.  The Trustee shall only make payment to creditors with filed and allowed proof of claims.  An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions:


**/s/ Carmen Torres**　　　　　　　　　　　　　　　　　　　　Dated: **January 11, 2015**
    Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re  **Carmen Torres**                                                                                          Case No.  **6:14-bk-13832**
                                    Debtor(s)                                                                      Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 11, 2015**, a copy of **Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

** see attached list

                                                                            **/s/ Shannon Keith Turner**
                                                                            Shannon Keith Turner 0655031
                                                                            Law Offices of Shannon Keith Turner
                                                                            Po Box 2067
                                                                            Orlando, FL 32802
                                                                            407.894.4114 Fax:407.894.4159

```
Label Matrix for local noticing      United States Trustee - ORL7/13 7      Wells Fargo Bank NA
113A-6                                Office of the United States Trustee   c/o Antonio Alonso, Esq.
Case 6:14-bk-13832-KSJ                George C Young Federal Building       PO BOX 9908
Middle District of Florida            400 West Washington Street, Suite 1100 Fort Lauderdale, FL 33310-0908
Orlando                               Orlando, FL 32801-2210
Sun Jan 11 17:18:06 EST 2015

Air Force Federal Cr U                Capital One Bank                      (p)CAPITAL ONE
1560 Cable Ranch Rd Ste               1680 Capital One Drive                PO BOX 30285
San Antonio, TX 78245-2143            Mc Lean, VA 22102-3407                SALT LAKE CITY UT 84130-0285


Capital One Bank USA                  Care Credit                           Care Credit
Po Box 30281                          Po Box 965033                         Po Box 965035
Salt Lake City, UT 84130-0281         Orlando, FL 32896-5033                Orlando, FL 32896-5033


Citibank/Home Depot                   Citibank/The Home Depot               Collection Buruea Ft Walt
Po Box 6497                           Citicorp Credit Srvs/Centralized Bankrup 711 Eglin Pkwy E
Sioux Falls, SD 57117-6497            Po Box 790040                         Fort Walton Beach, FL 32547-2527
                                      Saint Louis, MO 63179-0040


Comenity Capital Bank/HSN             Commenity Bank                        Commenity Capital Bank/HSN
Attn: Bankruptcy                      HSN                                   Po Box 182120
Po Box 183043                         995 W 122nd Ave.                      Columbus, OH 43218-2120
Columbus, OH 43218-3043               Denver, CO 80234-3417


(c)COMMERNCE BANK                     Community Assoc. Law Group            Credit One Bank
11380 PROSPERITY FARMS RD STE 221     157 E. New England Ave.               Po Box 98873
PALM BEACH GARDENS FL  33410-3465     Ste. 3                                Las Vegas, NV 89193-8873
                                      Winter Park, FL 32789-4346


Dr. Scott R. Hannum                   Eglin Federal Credit U                First Premier Bank
720 W. Oaks Street                    838 N Eglin Pkwy                      601 S Minnesota Ave
#380                                  Fort Walton Be, FL 32547-2781         Sioux Falls, SD 57104-4868
Kissimmee, FL 34741-4910


First Premier Bank                    Florida Department of Revenue         GECRB/Care Credit
Po Box 5528                           Bankruptcy Unit                       Attn: bankruptcy
Sioux Falls, SD 57117-5528            Post Office Box 6668                  Po Box 103104
                                      Tallahassee FL 32314-6668             Roswell, GA 30076-9104


GECRB/JC Penny                        GECRB/ShopNBC                         (p)CITIBANK
Attention:  Bankruptcy                Attn: Bankruptcy                      PO BOX 790034
Po Box 103104                         Po Box 103104                         ST LOUIS MO 63179-0034
Roswell, GA 30076-9104                Roswell, GA 30076-9104


Home Depot Credit                     Internal Revenue Service              J&J Sports Production
Po Box 653000                         Post Office Box 7346                  C/O Rene F. Leoncio
Dallas, TX 75265-3000                 Philadelphia PA 19101-7346            8302 Northwest 103 St.
                                                                            Ste 106
                                                                            Hialeah, FL 33016-4698
```

| | | |
|---|---|---|
| JC Penny<br>Po Box 984100<br>El Paso, TX 79998 | JC Pennys<br>Po Box 965060<br>Orlando, FL 32896-5060 | Midland Credit Managment<br>As Servicing for MRC Receiv<br>1201 Hays Street<br>Tallahassee, FL 32301-2699 |
| (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | QVC<br>Customer Service<br>Po Box 965017<br>Orlando, FL 32896-5017 |
| QVC Inc.<br>1200 Wilson Drive at Studio<br>West Chester, PA 19380-4262 | Retailers National Bank<br>3901 West 53rd Street<br>Sioux Falls, SD 57106-4216 | Shop HQ<br>6740 Shady Oak Road<br>Eden Prairie, MN 55344-3433 |
| Shop HQ/NBC<br>Po Box 530993<br>Atlanta, GA 30353-0993 | Southchase Phase 1B<br>C/O Don Asher Realty<br>1801 Cook Ave.<br>Orlando, FL 32806-2913 | State of Florida<br>Orange County Clerk of Court<br>415 North Orange Ave.<br>Orlando, FL 32801-1526 |
| Syncb/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/HQ<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/qvc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/tjx Cos<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchony Bank/ShopHQ<br>Po Box 965003<br>Orlando, FL 32896-5003 | TJMaxx<br>Po Box 965016<br>Orlando, FL 32896-5018 |
| USAA Federal Saving Bank<br>10750 IH-10 West<br>San Antonio, TX 78230-1649 | United Consumer Financial Services<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | Wells Fargo<br>Credit Bureau<br>Des Moines, IA 50306 |
| Wells Fargo Card Ser<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo Mortgage<br>800 Walmut Street<br>Mac0003-023<br>Des Moines, IA 50309-3605 | Zale/Sterling Jewelers<br>Attn.: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309-1799 | Zales<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Carmen Torres<br>1330 Aguacate Court<br>Orlando, FL 32837-6342 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Shannon Keith Turner<br>Law Offices of Shannon Keith Turner, PA<br>PO Box 2067<br>Orlando, FL 32802-2067 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank
Po Box 85520
Richmond, VA 23285

Home Depot Credit
Po BOox 182676
Columbus, OH 43218-2676

Military Star
3911 S Walton Walker Blv
Dallas, TX 75236

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Commernce Bank
11380 Prosperity Farms Rd.
Ste 221E
Palm Beach Gardens, FL 33410

End of Label Matrix
Mailable recipients    59
Bypassed recipients     0
Total                  59